**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7466**

---

APRIL LEIGH BARBER,

Petitioner - Appellant,

versus

CAROL CARDWELL, Superintendent of North Caro-
lina Correctional Institute for Women,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Statesville.  Graham C. Mullen, Chief
District Judge.  (CA-97-70-5-MU)

---

Submitted:  March 30, 1999          Decided:  June 7, 1999

---

Before MURNAGHAN, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

April Leigh Barber, Appellant Pro Se.  Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

April Leigh Barber appeals the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. We deny Barber's motion to hold her case in abeyance pending the Supreme Court's review of Williams v. Taylor, 163 F.3d 860 (4th Cir. 1998), cert. granted, 67 U.S.L.W. 3612 (U.S. Apr. 5, 1999) (No. 98-8384). The issues before the Court in Williams are unrelated to the dispositive issues of Barber's case. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Barber v. Caldwell, No. CA-97-70-5-MU (W.D.N.C. Sept. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED